

# THE ATTORNEY GENERAL
# OF TEXAS

GERALD C. MANN

**ATTORNEY GENERAL**

AUSTIN 11, TEXAS

March 8, 1939

Mr. A. A. Regan, Jr.
Casualty Insurance Division
Board of Insurance Commissioners
Austin, Texas

Dear Sir:

> Opinion No. O-406
> Re: Is the Board of Insurance Com-
> missioners limited to prescrib-
> ing a uniform rate for basic
> coverage only under provisions
> of Article 4682b or does it
> apply to all rates and rules?
> Does the Board have authority
> to prescribe more than one ex-
> cess limits table for each clas-
> sification of hazard? Does the
> Board have authority to prescribe
> a separate excess limits table
> for self-insurers?

Your request for an opinion on the above stated question has been received by this office.

Sections 1, 2 and 8 of Article 4682b R. C. S. read as follows:

"Every insurance company, corporation, interinsurance ex-
change, mutual, reciprocal, association, Lloyd's or other in-
surer, hereinafter called insurer, writing any form of motor
vehicle insurance in this State, shall annually file with the
Board of Insurance Commissioners, hereinafter called Commis-
sioner, on forms prescribed by the Commissioner, a report
showing its premiums and losses on each classification of
motor vehicle risks written in this State. The Commissioner
shall have the sole and exclusive power and authority, and it
shall be its duty to determine, fix, prescribe, and promul-
gate just, reasonable and adequate rates of premiums to be
charged and collected by all insurers writing any form of in-
surance on motor vehicles in this State, including fleet or
other rating plan, designed to discourage losses from fire and
theft and similar hazards and to take account of the peculiar
hazards of individual risks, and an experience rating plan de-
signed to encourage the prevention of accidents, and to take

account of the peculiar hazards of individual risks, provided that only one such plan shall be fixed or promulgated for each form of insurance hereunder. Said Commissioner shall have the authority also to alter or amend any and all of such rates of premiums so fixed and determined and adopted by it, and to raise or lower the same or any part thereof. Said Commissioner shall have authority to employ clerical help, inspectors, experts, and other assistants, and to incur such other expenses as may be necessary in carrying out the provisions of this law; provided, however, that the number of employees and salary of each shall be fixed in the General Appropriation Bill passed by the Legislature. Said Commissioner shall ascertain as soon as practicable the annual insurance losses incurred under all policies on motor vehicles in this State, make and maintain a record thereof, and collect such data as will enable said Commissioner to classify the various motor vehicles of the State according to the risk and usage made thereof, and to classify and assign the losses according to the various classes of risks to which they are applicable; the Board shall also ascertain the amount of premiums on all such policies for each class of risks, and maintain a permanent record thereof in such manner as will aid in determining just, reasonable and adequate rates of premiums.

Motor vehicle or automobile insurance as referred to in this Act shall be taken and construed to mean every form of insurance on any automobile or other vehicle hereinafter enumerated and its operating equipment or necessitated by reason of the liability imposed by law for damages arising out of the ownership, operation, maintenance, or use in this State of any automobile, motorcycle, motor-bicycle, truck, truck-tractor, tractor, traction engine, or any other self-propelled vehicle, and including also every vehicle, trailer or semi-trailer pulled or towed by a motor vehicle, but excluding every motor vehicle running only upon fixed rails or tracks. Workmen's Compensation Insurance is excluded from the foregoing definition and from the terms of this Act.

"Section 2. On and after the filing and effective date of such classification of such risks and rates, no such insurer shall issue or renew any such insurance at premium rates which are greater or less than, or different from, those approved by the Commissioner as just, reasonable and adequate for the risks to which they respectively apply, and not confiscatory as to any class of insurance carriers authorized by law to write such insurance.

"Section 8. No insurer coming with the terms of this Act shall, in its business in this State, make or permit any distinction or discrimination in favor of the insured having a like hazard, in the matter of the charge of premiums for insurance,

or in dividends or other benefits payable under any policy, nor shall any such insurer or agent make any contract of insurance, or agreement as to such insurance, other than expressed in the policy, nor shall any such insurer or its agents or representatives pay, allow or give, or offer to pay, allow or give, directly or indirectly, as an inducement to insured, any rebate payable upon the policy or any special favor or advantage in dividends or other benefits to accrue, or anything of value whatsoever, not specified in the policy; provided that nothing in this Act shall be construed to prohibit the modification of rates by an experience rating plan designed to encourage the prevention of accidents and to take account of the peculiar hazards of individual risks, provided such plan shall have been approved by the Commissioner; and provided further that only one such plan shall be approved for each form of insurance hereunder."

Pursuant to the above mentioned statute, the Board of Insurance Commissioners has prescribed a manual of rules and rates for all forms of automobile insurance in Texas and the manual of rules and rates is duly recorded in the official minutes of the Board. The prescribed manual contains a table of percentages to be applied to the basic manual rate where an insured wishes to avail himself of additional protection in the form of higher limits than the basic 5,000/10,000 limits for bodily injury liability.

Rule No. 66 of the manual reads as follows:

"66. Increased Limits and Excess Insurance. Increased limits and excess insurance may be written for any type of automobile in accordance with the charges shown in the Increased Limits Table applicable to the type of automobile involved and its use."

The terms and provisions of the statute are clear and unambiguous and specifically provide that only one such plan shall be fixed or promulgated for each form of insurance hereunder and further provide that the Commissioner shall have the sole and exclusive power and authority and it shall be its duty to determine, fix, prescribe and promulgate just and reasonable and adequate rates of premiums to be charged and collected by all insurers writing any form of insurance on motor vehicles in this State and the duty imposed upon the Board of Insurance Commissioners by Section 1 of Article 4682b, supra, is not limited to prescribing a uniform rate for basic coverage only but applies to all rates and rules including the excess limits table for excess coverage above the basic manual rate.

You are respectfully advised that it is the opinion of this Department that the Board of Insurance Commissioners has no authority to prescribe more than one excess limits table for each classification of hazard and does not have the authority to prescribe a separate excess limits table for self-insurers who wish to assume their own liability up to a certain limit but desire

to provide excess insurance by purchasing it from a company admitted to do business in Texas to protect themselves against catastrophe losses.

You are further advised that the duty imposed upon the Board of Insurance Commissioners by Section 1 of the above mentioned statute is not limited to prescribing a uniform rate for basic coverage only but applies to all rates and rules including an excess limits table for excess coverage above the basic manual rate.

Trusting that the foregoing answers your inquiries, we remain

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Ardell Williams
Assistant

AW:AW:LM

APPROVED:


ATTORNEY GENERAL OF TEXAS